**Order filed February 14, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00054-CV
_____

## CASSIDY DANIELS; MICHAEL CHASE DANIELS; NEWTEX STAFFING, LLC, Appellants

### V.

## RADLEY STAFFING, LLC, Appellee

**On Appeal from the 400th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 18-DCV-253396**

## O R D E R

The notice of appeal in this case was filed January 16, 2019. To date, the filing fee of $205.00 has not been paid. No evidence that appellants are excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $205.00 to the clerk of this court on or before **February 28, 2019.** *See* Tex. R. App. P. 5. If

appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM